**Starsha M. SEWELL, M.Ed.,**
**Plaintiff-Appellant,**

v.

**STRAYER UNIVERSITY; Robert**
**Silberman; Karl McDonnell,**
**Defendants-Appellees.**

No. 17-1107

United States Court of Appeals,
Fourth Circuit.

Submitted: May 9, 2017

Decided: May 17, 2017

Starsha M. Sewell, Appellant Pro Se. Denise E. Giraudo, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for Appellees.

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's order dismissing this employment discrimination action and imposing a pre-filing injunction. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Sewell's informal brief does not challenge the basis for the district court's disposition, Sewell has forfeited appellate review of the court's order. *See Williams v. Giant Food Inc.*, 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*